UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK GEORGE ROEHLER II,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>L. LUNDY, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01269-JWH-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.  The Court hereby **ORDERS** as follows:

1. The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED**.

2. Defendants' motion to dismiss (ECF 21) is **GRANTED in part** and **DENIED in part**, as follows.

    a. Defendants' motion to dismiss is **DENIED** with respect to Plaintiff's Eighth Amendment claim against Defendants Doe No. 1, Prolo, and Sodergren.

    b. Defendants' motion to dismiss is **GRANTED** with respect to Plaintiff's Eighth Amendment claim against Defendants Lundy, Johnson, Ulstad, Williams, and Rivera.

    c. Defendants' motion to dismiss also is **GRANTED** as to Plaintiff's Fourteenth Amendment and ADA claims against all defendants.

    d. Plaintiff's Eighth Amendment claim against Defendants Lundy, Johnson, Ulstad, Williams, and Rivera, and Plaintiff's Fourteenth Amendment and ADA claims, are **DISMISSED without prejudice** and **with leave to amend**.

3. Within 30 days of this order, Plaintiff shall file one of the following, as outlined in the Report and Recommendation:

    a. a notice of intent to proceed on his Eighth Amendment claim against Defendants Doe No. 1, Prolo, and Sodergren ONLY; or

1      b.    a Second Amended Complaint.

2   **IT IS SO ORDERED.**

4   DATED: December 30, 2024

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE